

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-22-00451-CV

**IN RE** Francisco Moises **GARZA** III

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On July 21, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relator's reply, and the record, this court concluded relator did not show he is entitled to the relief sought and denied relator's petition for writ of mandamus on September 21, 2022. *See In re Garza,* No. 04-22-00451-CV, 2022 WL 4362298 (Tex. App.—San Antonio Sept. 21, 2022, orig. proceeding) (mem. op.).

On September 27, 2022, relator filed a motion for rehearing that requested this court rule on an issue not raised in relator's petition for writ of mandamus. After consideration, relator's motion for rehearing is **DENIED**.

It is so **ORDERED** on October 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CI12544, styled *In the Interest of C.R.G.P., a Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.